# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRIAN BANKOSZ,**

    **Plaintiff,**

**v.**                                                                Case No: 6:15-cv-1182-Orl-31KRS

**MANASSEH JORDAN MINISTRIES and
YAKIM MANASSEH JORDAN,**

    **Defendants.**

## ORDER

This matter is before the Court on the Motion to Dismiss filed by Defendant Yakim Manasseh Jordan (Doc. 22) and Plaintiff's Response in Opposition (Doc. 33).

In his Complaint (Doc. 1), Plaintiff asserts a violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* (TCPA), against Yakim Manasseh Jordan ("Jordan") and his alter ego, Manasseh Jordan Ministries ("MJM"). Plaintiff alleges that during the eleven months preceding the complaint, Defendants made approximately 300 "robo" calls to Plaintiff, without Plaintiff's permission, seeking contributions from Plaintiff and/or to sell a product to Plaintiff.

In his Motion to Dismiss, Jordan contends that Plaintiff has failed to state a viable claim under Fed.R.Civ.P. 8 because the Complaint fails to state any specific act by Jordan that would give rise to liability under the TCPA. (Doc. 22, p. 6). Jordan argues that he cannot be held liable personally for the conduct of a separate "corporate" entity – MJM. However, reading the Complaint with reasonable inferences drawn in Plaintiff's favor, it is alleged that MJM is an "unverifiable, unregistered entity" owned and operated by Jordan for his benefit. Stated

differently, the Complaint puts Jordan on notice that he is liable for the conduct of MJM, the name under which he operated in placing these calls.   It is, therefore

**ORDERED** that Jordan's Motion to Dismiss is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 21, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party