UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN BANKOSZ,

  Plaintiff,                                    CASE NO.: 6:15-CV-01182-GAP-KRS

-vs-

MANASSEH JORDAN MINISTRIES and
YAKIM MANASSEH JORDAN,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Brian Bankosz, and Defendants, Manasseh Jordan Ministries and Yakim Manasseh Jordan, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of July, 2016.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
tgomez@forthepeople.com
Florida Bar #: 0338620
Attorney for Plaintiff

*/s/ Daniel Silverman*
Daniel S. Silverman, Esq.
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Tele: (310) 229-9900
Fax: (310) 229-9901
dsilverman@venable.com
Attorney for Defendant